**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
<u>SOUTHERN DISTRICT OF TEXAS</u>

Case number (if known): _____   Chapter   <u>11</u>

☐ Check if this is an amended filing

<u>Official Form 201</u>

## Voluntary Petition for Non-Individuals Filing for Bankruptcy           04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Paradigm Telecom II, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | <u>8</u> <u>1</u> – <u>4</u> <u>4</u> <u>2</u> <u>6</u> <u>1</u> <u>6</u> <u>6</u> |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| <u>14850 Woodham Drive</u><br>Number    Street<br><u>Suite 1058</u> | <br>Number    Street<br><br>P.O. Box |
| <u>Houston</u>        <u>TX</u>   <u>77073</u><br>City         State   ZIP Code | <br>City         State   ZIP Code |
| <u>Harris</u><br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br><br>City         State   ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.paradigmtelecom.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor __Paradigm Telecom II, LLC_____     Case number (if known) _____

**7.   Describe debtor's business**

    *A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

    *B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    *C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____ ____ ____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____ Case number _____
                                            MM / DD / YYYY

                 District _____  When _____ Case number _____
                                            MM / DD / YYYY

                 District _____  When _____ Case number _____
                                            MM / DD / YYYY

Debtor **Paradigm Telecom II, LLC** _____   Case number (if known) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in _this district?_**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                          State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Debtor **Paradigm Telecom II, LLC** _____   Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.   Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/27/2018
            MM / DD / YYYY

X _____        **Brian Beers**
Signature of authorized representative of debtor      Printed name

Title **President**

**18.   Signature of attorney**

X _____        Date 07/27/2018
Signature of attorney for debtor                    MM / DD / YYYY

**Richard Lee Fuqua II**
Printed name

**Fuqua & Associates, P.C.**
Firm name

**5005 Riverway, Suite 250**
Number        Street

**Houston** _____   **TX** _____   **77056** _____
City                                   State        ZIP Code

**(713) 960-0277** _____      _____
Contact phone                          Email address

**07552300** _____            **TX** _____
Bar number                             State

365 Data Centers
200 Connecticut Ave., Suite 5A
Norwalk, CT 06854

All State Communications
5114 Marson Drive
Sauk Rapids, MN 56379

Alpheous Communications LLC
PO Box 301628
Dallas, TX 75303-1628

APX Net
2 School St., Ste. 2
Berwick, ME 03901

Armstrong Onewire
PO Box 37749
Philadelphia, PA 19101-5049

Arvig Enterprises, Inc.
PO Box 110
Perham, MN 56573

Atlantic Broadband
PO Box 371801
Pittsburgh, PA 15250-7801

Aureon Commuications LLC
7760 Office Plaza Dr. S. West
Des Moines, IA 50266

Cable One
210 E. Earll Dr.
Phoenix, AZ 85012

Centurylink
1820 E Sky Harbor Circle, S #150
Phoenix, AZ 85034

Christi Caple & Carol Hall
2214 Lazy Trail Path Ct.
Spring, TX 77373

Cogent Communications

PO BOX 791087
Baltimore, MD 21279

Comcast Business
PO Box 3001
Southeastern, PA 19398-3001

Connected2Fiber Inc.
53 Summer St.
Milford, MA 01757

Corsite, LP
1001 17TH St, Ste 500
Denver, CO 80202

CVIN LLC - Vast
7447 N. Palm Bluffs, Suite 105
Fresno, CA 93711-5773

Data Bank Holdings Ltd
PO Box 732200
Dallas, TX 75373-2200

Digital Realty Trust  DBA Telx
PO BOX 419729
Boston, MA 02241-9729

Digital Realty Trust, LP
PO Box 419729
Boston, MA 02241-9729

Eng-Sky Enterprise, LLC
142 Westwood Dr.
Rockwall, TX 75032

Epsilon Telecommunications
151 Lorong Chuon #06-01A
SINGAPORE

Equinix, Inc
4252 Solutions Center
Chicago, IL 60677-4002

Eversteam Solutions, LLC
1228 Euclid Ave, Ste 250

Cleveland, OH 44115

Fiberlight, LLC
11700 Great Oaks Way, Ste 100
Alpharetta, GA 30022

First Light Fiber & Oxford Netwrks
PO BOX 11019
Lewiston, ME 04243-9470

Francisco Maella
2218 Summerblossom Ln.
Houston, TX 77077

Georgia Public Web
PO BOX 420888
Atlanta, GA 30342

Gold Data Panama Corp
Ofc 218 International Business PK
EDIF. 3845
Panama Pacifico, PANAMA

Greg Hagerman
1504 Broadway Ave.
Mattoon, IL 61938

GTT Comunications Inc.
7900 Tysons One Place, Ste 1450
McLean, VA 22102

Harrisonville Telephone Co
PO BOX 389
Waterloo, IL 62298

Hudson Fiber Network
12  N. State Rt. 17, Ste. 120
Paramus, NJ 07652

Hurrican Electric Internet Servs
760 Mission Court
Fremont, CA 94539

ICTX
14850 Woodham Dr., #B-105

Houston, TX 77073

Indiana Fiber Network, LLC
5520 W 76th St
Indianapolis, IN 46268

Industry Assurance Consulting
6303 BLUE Lagon Dr, Ste 400
Miami, FL 33126

Intercarrier Networks, LLC
135 N Meramec Ave, Ste 501
Clayton, MO 63105

Level3 Communications
PO BOX 910182
Denver, CO 80291-0182

Lightower Fiber Network, LLC
PO BOX 27135
New York, NY 10087-7135

Marcatel
AVE SAN JERONIMO 210
PTE MONTERREY
MONTERREY NL CP64640

Marina DeJesus Perkins
7253 Huntingdon St.
Harrisburg, PA 17111

MCC Network Services, LLC
8 S. Washington St.
Sullivan, IL 61951

Mediacom
PO BOX 5744
Carol Stream, IL 60197-5744

Metro Fibernet LLC
PO BOX 630903
Cincinnati, OH 45263-0903

Missouri Network Blue Bird Ntwrk
2005 W Broadway Bldg A Ste 215

Columbia, MO 65203

Netrality
MMR - PO Box 786332
Philadelphia, PA 19178-6332

Newdawn Fiber
PO BOX 178
Excelsior Springs, MO 64024

Noanet
7195 Wagner Way, Ste. 104
Gig Harbor, WA 98335

NTS Communications, Inc
PO BOX 10730
Lubbock, TX 79408-3730

Optimum
PO BOX 742698
Cincinnati, OH 45274-2698

Platcomm Corp
701 Brickwll Ave, Ste 1550
Miami, FL 33131

Samir Litric
2201 Clayville Court
Chesterfield, MO 63017

Scott Widham
1111 Caroline Street, #3006
Houston, TX 77010

Shentel - Shenandoah Tel
PO BOX 37014
Baltimore, MD 21297-3014

Sho-Me Technologies, LLC
PO BOX D
Marshfield, MO 65706

Socket
PO BOX 1118
Columbia, MO 65205-1118

Spectrum Enterprises
PO BOX 790450
St. Louis, MO 63179-0450

Stratus Networks
4700 N. Prospect Road, Ste 8
Peoria Heights, IL 616496

Suddenlink
PO BOX 660365
Dallas, TX 75266-0365

Summit Infrastructure Group, Inc.
252375 Broderick Dr., Ste. 165
Sterling, VA 20166

Sunset Digital Communications
PO BOX 405
Duffield, VA 24244

TDS Long Distance Corporation
PO BOX 1450
Minneapolis, MN 55485-8702

Tin Cup Investments
10600 Ballantrae Dr.
St. Louis, MO 63131

Type2Telecom, LLC
21 Main St. #6
Ashbury Park, NJ 77073

Ufinet
Calle 72 No. 5-83 Ofc.1202
Bogotá, Columbia

Unite Private Networks, LLC
7200 NW 86th ST, St. M
Kansas City, MO 64153

US Signal
201 Ionia Ave. SW
Grand Rapids, MI 49503

Verizon Business Network Svcs

PO BOX 15043
Albany, NJ 12212-5043

Walter Goltermann
8300 Eager Road, Suite 601
Brentwood, MO 63144

Wave Wholesale
PO BOX 35164
Seattle, WA 98124-5164

Wilcon - Crown Castle
PO BOX 21653
New York, NY 10087-1653

Windstream KDL Inc
C/O Bank of America
St. Louis, MO  63160-0549

Wow Wholesale
1241 O.G. Skinner Dr.
Westpoint, GA 31833-1789

Zayo Group -007490
1821 30th St, Unit A
Boulder, CO 80301

Zito Media Communications LLC
PO BOX 665
Coudersport, PA 16915