**Fill in this information to identify the case:**

Debtor name: __Paradigm Telecom II, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CVIN LLC - Vast<br>7447 N. Palm Bluffs, Suite 105<br>Fresno, CA 93711-5773 | | | | | | $152,517.15 |
| 2 | Tin Cup Investments<br>10600 Ballantrae Dr.<br>St. Louis, MO 63131 | | | | | | $150,000.00 |
| 3 | Centurylink<br>1820 E Sky Harbor Circle, S #150<br>Phoenix, AZ 85034 | | | | | | $97,396.97 |
| 4 | Gold Data Panama Corp<br>Ofc 218 International Business PK<br>EDIF. 3845<br>Panama Pacifico, PANAMA | | | | | | $85,508.47 |
| 5 | Armstrong Onewire<br>PO Box 37749<br>Philadelphia, PA 19101-5049 | | | | | | $79,008.75 |

Debtor  **Paradigm Telecom II, LLC**  Case number (if known) _____
　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | GTT Comunications Inc. 7900 Tysons One Place, Ste 1450 McLean, VA 22102 | | | | | | $78,598.44 |
| 7 | Type2Telecom, LLC 21 Main St. #6 Ashbury Park, NJ 77073 | | | | | | $59,393.82 |
| 8 | APX Net 2 School St., Ste. 2 Berwick, ME 03901 | | | | | | $44,332.51 |
| 9 | Arvig Enterprises, Inc. PO Box 110 Perham, MN 56573 | | | | | | $37,738.61 |
| 10 | Digital Realty Trust DBA Telx PO BOX 419729 Boston, MA 02241-9729 | | | | | | $35,812.71 |
| 11 | Noanet 7195 Wagner Way, Ste. 104 Gig Harbor, WA 98335 | | | | | | $34,541.97 |
| 12 | Marina DeJesus Perkins 7253 Huntingdon St. Harrisburg, PA 17111 | | | | | | $34,000.00 |
| 13 | Wow Wholesale 1241 O.G. Skinner Dr. Westpoint, GA 31833-1789 | | | | | | $28,698.33 |

Debtor    **Paradigm Telecom II, LLC**                                    Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Greg Hagerman<br>1504 Broadway Ave.<br>Mattoon, IL 61938 | | | | | | $28,000.00 |
| 15 Alpheous Communications LLC<br>PO Box 301628<br>Dallas, TX 75303-1628 | | | | | | $27,395.56 |
| 16 Equinix, Inc<br>4252 Solutions Center<br>Chicago, IL 60677-4002 | | | | | | $26,452.45 |
| 17 Aureon Commuications LLC<br>7760 Office Plaza Dr. S. West<br>Des Moines, IA 50266 | | | | | | $25,495.62 |
| 18 TDS Long Distance Corporation<br>PO BOX 1450<br>Minneapolis, MN 55485-8702 | | | | | | $24,120.26 |
| 19 Lightower Fiber Network, LLC<br>PO BOX 27135<br>New York, NY 10087-7135 | | | | | | $23,703.57 |
| 20 Eversteam Solutions, LLC<br>1228 Euclid Ave, Ste 250<br>Cleveland, OH 44115 | | | | | | $21,358.73 |