

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/01/2018

IN RE: §
PARADIGM TELECOM II, LLC § CASE NO: 18-34112
 §
   Debtor § Chapter 11

## ORDER SETTING STATUS CONFERENCE

On July 27, 2018, the above-styled Debtor filed a case under Chapter 12 of the United States Bankruptcy Code. Pursuant to §105(d), this Court has determined to sua sponte hold a status conference in the case,

Therefore, it is hereby **ORDERED** that a status conference will be held on **August 22, 2018** at **10:00 a.m.**, Courtroom 600, 6th Floor. The Debtor, plus its attorney, and a representative from the United States Trustee's office are directed to appear at such status conference.

The Clerk's office is directed to send notice of this order to the debtor, debtor's counsel, the United States Trustee, and parties requesting notice.

SIGNED this __31st__ day of July, 2018.

_____
JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE