

United States District Court
Southern District
FILED
AUG 2...

ENTERED
David J. Bradley, Clerk of Court 08/29/2018

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-34112 |
|---|---|---|---|
| Debtor | In Re: | Paradigm Telecom II, LLC | |

This lawyer, who is admitted to the State Bar of _____Florida_____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | David H. Haft<br>Tobin & Reyes, P.A.<br>225 N.E Mizner Boulevard, Suite 510<br>Boca Raton, FL 33432<br>(561) 620-0656<br>Florida, 68992 |
|---|---|

Seeks to appear as the attorney for this party:

| | 365 Data Centers |
|---|---|
| Dated: 08/27/2018 | Signed: [signature] |

| COURT USE ONLY: The applicant's state bar reports their status as: _Active_ | |
|---|---|
| Dated: 8/29/18 | Signed: [signature] Deputy Clerk |

| Order |
|---|

Dated: 8/30/18    This lawyer is admitted *pro hac vice* [signature]
                                                         United States Bankruptcy Judge